THE HONORABLE JAMES L. ROBART
Trial Date: 01/27/2025

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| PARKWOOD ASSOCIATION OF APARTMENT OWNERS, a Washington Non-Profit Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY, an Illinois Corporation; and DOE INSURANCE COMPANIES 1-10,<br><br>Defendants. | No. 2:23-cv-00911-JLR<br><br>STIPULATED MOTION AND (PROPOSED) ORDER FOR DISMISSAL<br><br>NOTE ON MOTION CALENDAR: 05/07/2024 |

IT IS HEREBY STIPULATED by counsel for the parties hereto that all claims in this action shall be dismissed with prejudice and without costs.

DATED this 8th day of April, 2024.

By  *s/Alfred E. Donohue*
Alfred E. Donohue, WSBA No. 32774
Wilson Smith Cochran Dickerson
1000 Second Avenue, Suite 2050
Seattle, WA 98104
Phone: 206-623-4100
Fax: 206-623-9273
Email: donohue@wscd.com
Of Attorneys for Defendant Allstate

---

STIPULATED MOTION AND (PROPOSED) ORDER FOR DISMISSAL (Cause No. 2:23-cv-00911-JLR) – 1

WILSON SMITH COCHRAN DICKERSON
1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

DATED this 7th day of May, 2024.

By *s/Justin D. Sudweeks (with permission per 5/7/24 email)*
    Justin D. Sudweeks, WSBA No. 28755
    Stein, Sudweeks & Stein
    16400 Southcenter Parkway, Suite 410
    Tukwila, WA 98188
    Phone: 206-388-0660
    Fax: 206-286-2660
    Email: justin@condodefects.com
    Of Attorneys for Plaintiff

IT IS SO ORDERED.

DATED this 8th day of May, 2024.



THE HONORABLE JAMES L. ROBART
UNITED STATE DISTRICT JUDGE

---

STIPULATED MOTION AND (~~PROPOSED~~) ORDER FOR DISMISSAL (Cause No. 2:23-cv-00911-JLR) – 2

WILSON SMITH COCHRAN DICKERSON
1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273